IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOUSSAINT L'OUVERTURE MINETT, SR.,

    Plaintiff,

    v.                                          Case No. 21-cv-30-bbc

OFFICER KRUTER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 5/25/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |